FILED BY YR D.C.

Apr 19, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

# 19-20165-CR-MORENO

FILED

APR 16 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

AKRUM ALRAHIB,

Defendant

Case No. 19MJ1502-BLM

**FINDINGS OF FACT AND ORDER RE WAIVER OF DETENTION PENDING TRIAL**

In accordance with the Bail Reform Act of 1984, 18 U.S.C. §3142(f), a detention hearing was scheduled for **APRIL 12, 2019**, to determine whether **AKRUM ALRAHIB** (the "Defendant") shall be held in custody without bail pending trial and, if convicted, sentencing in the above-captioned matter.

At the hearing on **APRIL 12, 2019**, the Defendant knowingly and voluntarily waived all rights, on the record and through counsel, to the setting of bail and the detention hearing. Based on that waiver, the Court orders that Defendant be detained pending trial because he is a serious flight risk and, if convicted, sentencing in these matters, without prejudice or waiver of the Defendant's right to later apply for bail and conditions of release, and without prejudice or waiver of the right of the United States to seek detention in the event of an application by Defendant for such relief.

ORDER

IT IS HEREBY ORDERED that Defendant be detained pending trial and, if convicted, sentencing in these matters.

IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney General or their designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or service sentence or being held pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated by defense and government counsel.

This order is made without prejudice to modification by this Court and without prejudice to the Defendant's exercise of the right to bail and a detention hearing at a future date.

IT IS SO ORDERED.

DATED: 4/12/2019

HONORABLE WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE

CLOSED

# U.S. District Court
# Southern District of California (San Diego)
# CRIMINAL DOCKET FOR CASE #: 3:19-mj-01502-BLM All Defendants

Case title: USA v. Alrahib

Date Filed: 04/12/2019
Date Terminated: 04/19/2019

---

Assigned to: Magistrate Judge Barbara Lynn Major

**Defendant (1)**

**Akrum Alrahib**
*TERMINATED: 04/19/2019*

represented by **William Flynn Portanova**
William J. Portanova
1116 47th Street
Sacramento, CA 95819
415-728-6245
Email: wfp@thelawoffices.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:371; 18:1349; 18:1343, 26:5762(a)(3) - Conspiracy; Wire Fraud; Excise Tax Evasion | |

---

**Plaintiff**

**USA** represented by **U S Attorney CR**
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2019 | | Arrest of Akrum Alrahib (no document attached) (jjg) (Entered: 04/12/2019) |
| 04/12/2019 | 1 | OUT OF DISTRICT COMPLAINT as to Akrum Alrahib. (no document attached) (jjg) (anh-v). (anh). (Entered: 04/12/2019) |
| 04/12/2019 | 2 | Set/Reset Duty Hearings as to Akrum Alrahib: Initial Appearance - ODC set for 4/12/2019 before Magistrate Judge William V. Gallo. (no document attached) (mxn) (Entered: 04/12/2019) |
| 04/12/2019 | 3 | Minute Entry for proceedings held before Magistrate Judge William V. Gallo: Initial Appearance - Out of District Complaint as to Akrum Alrahib held on 4/12/2019. Government oral motion to unseal entire case - granted. Retained Attorney William Flynn Portanova present and appointed for Akrum Alrahib. Defendant stipulates to detention and is ordered detained without prejudice. Defendant Admits ID and is ordered removed to the Southern District of Florida; Warrant or removal issued to USM. (Sealed Clerk Notified) (CD# 4/12/2019 WVG 19:3:31-3:55). (Plaintiff Attorney Nicholas Hernandez, AUSA). (Defendant Attorney Michael Pancer, S/A). (no document attached) (mxn) Modified text on 4/19/2019 (mtb). (Entered: 04/15/2019) |
| 04/12/2019 | 4 | ***English. No Interpreter needed as to Akrum Alrahib (no document attached) (mxn) (Entered: 04/15/2019) |
| 04/15/2019 | 6 | WARRANT of Removal to Southern District of Florida Issued as to Akrum Alrahib. (srm) (Entered: 04/19/2019) |
| 04/16/2019 | 5 | FINDINGS OF FACT AND ORDER OF DETENTION as to Akrum Alrahib. Signed by Magistrate Judge William V. Gallo on 4/12/2019. (srm) (Entered: 04/19/2019) |
| 04/19/2019 | 7 | NOTICE to Receiving District: **(Southern District of Florida)**, of Case Removal, as to Akrum Alrahib. The following documents are available on the public docket: 5 Findings of Fact and Order of Detention, 1 Out of District Complaint (Sealed). Additional |

| | | |
|---|---|---|
| | | documents will be sent via Email. To request additional transfer information and/or to submit acknowledgment re receipt of transfer, please email InterdistrictTransfer_CASD@casd.uscourts.gov. (srm) (Entered: 04/19/2019) |

---


| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/19/2019 13:10:10 | | | |
| **PACER Login:** | ud1358:4168830:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:19-mj-01502-BLM |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |