**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-20165-CR-FAM**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**AKRUM ALRAHIB,**

**Defendant.**

**CORRECTED NOTICE OF FILING LETTERS IN SUPPORT OF MOTION TO REVOKE OR AMEND THE ORDER REGARDING WAIVER OF DETENTION ENTERED BY THE MAGISTRATE JUDGE IN THE SOUTHERN DISTRICT OF CALIFORNIA**

On April 29, 2019, Mr. Alrahib filed a Motion to Revoke or Amend the Order Regarding Waiver of Detention Entered by the Magistrate Judge in the Southern District of California [DE 12], which indicated that Mr. Alrahib would file letters of support from family and friends. Attached to this Correcteded Notice are eighteen (18) letters received thus far, with an index. This document replaces Docket Entry 13 which inadvertently included information subject to redaction.

Dated: April 30, 2019
Respectfully submitted,

By: */s/ Carl F. Schoeppl*
Carl F. Schoeppl
Fla. Bar. No. 818518
SCHOEPPL LAW, P.A.
4651 North Federal Highway
Boca Raton, FL 33431-5133
Phone: (561) 394-8301
Fax: (561) 394-3121
carl@schoeppllaw.com
*Temporary Appearance for Defendant*

Ian M. Comisky
Fla. Bar No. 225304
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Phone: (215) 299-2795
Fax: (215) 299-2150
icomisky@foxrothschild.com

*Temporary Appearance for Defendant*

**LETTERS IN SUPPORT OF AKRUM ALRAHIB**
**CASE NO. 19-20165-CR-FAM**

| | NAME | RELATIONSHIP TO MR. ALRAHIB |
|---|---|---|
| 1 | Alex Abu-Akel | Friend |
| 2 | Andrea M. Abu-Akel | Friend |
| 3 | Diana Elizabeth Aguirre | Friend, God-parent to Mr. Alrahib's niece |
| 4 | George H. Antar | Friend (pledging property) |
| 5 | Amer Al-Karadsheh, MD | Cousin |
| 6 | Jason Garrido | Friend |
| 7 | Rita Garrido | Friend |
| 8 | Martin Patrick Kerrins | Uncle (pledging property) |
| 9 | Thomas J. Kerrins, Jr. | Uncle |
| 10 | Charles Khoury | Friend |
| 11 | Giselle Marie Khoury | Friend |
| 12 | Haifa Khoury | Friend |
| 13 | George F. Mobassaleh | Friend |
| 14 | Ramzy Rahib | Brother-in-law |
| 15 | Sandy Rahib | Wife |
| 16 | Elaine Alrahib Saba | Sister |
| 17 | Fouad Saba | Pastor |
| 18 | Hanna Sakkab | Pastor |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2019, the foregoing document was served by electronically filing this document with the Clerk of Court using the Court's CM/ECF system.

By: *_/s/ Carl F. Schoeppl_*____________

Carl F. Schoeppl
Fla. Bar. No. 818518
SCHOEPPL LAW, P.A.
4651 North Federal Highway
Boca Raton, FL 33431-5133
Phone: (561) 394-8301
Fax: (561) 394-3121
carl@schoeppllaw.com

*Temporary Appearance for Defendant*