# EXHIBIT 4

George Antar
[redacted]
[redacted]; Georgeantar@aol.com
April 28, 2019

The Honorable Federico A. Moreno
United States District Court Judge
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

**Re: United States of America vs. Akrum Alrahib,**
**Case No. 19-20165-CR-MORENO-LEWIS (S.D. Fla.)**

Dear Judge Moreno,

Akrum Alrahib has been a dear friend for over 25 years. Akrum is more like a brother to me. His family, as well as my family, have been a part of the same congregation at St. George Greek Orthodox church since the late 1980's and after marrying my cousin I spent a lot of time with him and in that time we developed a great friendship that has only become stronger over the years. Akrum has always had great intentions in all he does and I'm truly proud to be in his life. Watching him raise his four young children is a joy I am missing currently.

My name is George Antar, I'm an entrepreneur from San Diego, California. I am a father of two children who I am very close to. I'm getting older and I am dedicating myself to my family and new business opportunities. Akrum is a great entrepreneur and so we decided to work on a project together in the city of Tijuana, Mexico. The US/Tijuana border is 20 minutes from our respected homes in San Diego. We design and create glass works for tobacco products and chose Mexico because of the substantially low costs of goods and labor. Despite the fact that our project is in Mexico I am confident that Akrum would never flee to avoid prosecution. He is serious about his future and the future of his family. Akrum and I were planning our yearly trip to the river as we both enjoy fishing and camping with our families. His young kids look up to my older children. I would appreciate if you would give me the opportunity to tell you more about the wonderful person that Akram is and encourage you to call me at your convenience in the event that you need more information about Akrum as I am an exceptional representation of the great man that Akrum truly is.

I am aware of the nature of the indictment against Akrum. Although the disappointment of the severity is present I believe the steps we are taking to keep Akrum with his family is of upmost importance. I ask that you please give Akrum the opportunity to go back to his home in San Diego, California. Based upon my relationship with Akrum Alrahib, I do not believe that he is a flight risk. As a result, I am willing to pledge property that I own located at [redacted]

[redacted]. This property is encumbered with a mortgage in the amount of $366,000.00. The property has an appraised value of $1,780,00.00. I am aware of the criminal charges against Mr. Alrahib, and my support and opinion remain unchanged.

Sincerely,

4/28/19

George Antar