UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20165-CR-MORENO/LOUIS

UNITED STATES OF AMERICA,

v.

AKRUM ALRAHIB,

   Defendant.
_____/

## PROTECTIVE ORDER GOVERNING USE AND DISSEMINATION OF SENSITIVE DISCOVERY INFORMATION

The United States of America, having filed a motion for this Court to enter a protective order regulating use and disclosure of sensitive information to defense counsel in connection with the government's discovery obligations, and the Court having reviewed the record in this case,

**IT IS HEREBY ORDERED** that the Government's Motion for Protective Order Regulating Use and Dissemination of Sensitive Information is **GRANTED**;

**IT IS FURTHER ORDERED** that the sensitive information protected by this order consists of the following information that is included in the Government's discovery: (1) all information identifying the contents and account number of any financial account, including personal and corporate bank accounts; (2) dates of birth and Social Security numbers; (3) all names, locations, addresses associated with any third parties; (4) all telephone numbers associated with any third parties; (5) all e-mail addresses associated with any third parties; and (6) National Crime Information Center reports associated with any third parties.

**IT IS FURTHER ORDERED** that the Government is authorized to disclose the sensitive personal information in its possession pursuant to the discovery obligations imposed by this Court.

**IT IS FURTHER ORDERED** that counsel of record for the defendant and the

Government shall hold all sensitive information produced pursuant to this Order in strict confidence. Therefore, defense counsel and the Government shall restrict access to this sensitive information, and shall disclose this information to their clients, office staff, investigators, independent paralegals, necessary third party vendors, consultants and to anticipated fact or expert witnesses only to the extent that counsel believe is necessary to assist in the defense of their client in this matter or that the Government believes is necessary in the investigation and prosecution of this matter.

**IT IS FURTHER ORDERED** that counsel of record for the defendant and the Government shall advise any person to whom this sensitive information is disclosed that such information should be held in strict confidence and that further disclosure or dissemination is prohibited without counsel's express consent and as is necessary to prepare for trial in the above captioned matter.

**IT IS FURTHER ORDERED** that counsel of record for the defendant and the Government shall have each person to whom this sensitive information is disclosed sign the attached certification. If the recipient refuses to sign the certification, counsel shall sign the certification indicating that he or she has advised the recipient of his obligations, but that the recipient has refused to sign the certification.

**IT IS FURTHER ORDERED** that counsel shall keep a copy of each certification to identify the individuals who received the sensitive information and the date on which such information was first disclosed.

**IT IS FURTHER ORDERED** that neither counsel for the defendant nor the Government will be required to disclose any record of these certifications, unless so ordered by the Court.

**DONE AND ORDERED** in chambers at Miami, Florida, this 20th day of May, 2019.

_____
HON. FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record