UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20165-CR-SMITH

UNITED STATES OF AMERICA

vs.

AKRUM ALRAHIB,

Defendant.
______________________________/

**NOTICE OF APPEARANCE**

Please take notice that the law firm of do Campo & Thornton, P.A., and Orlando do Campo, Esq. enter their appearance on behalf of interested party Mr. George Antar in the above-styled cause.

DATED at Miami-Dade County, Florida, this 30th day of September, 2019.

Respectfully submitted,

**do Campo & Thornton, P.A.**
Chase Bank Building
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
Telephone: (305) 358-6600
Facsimile: (305) 358-6601

By: s/ *Orlando do Campo*
Orlando do Campo
Florida Bar No. 0156582
od@dandtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ *Orlando do Campo*
Orlando do Campo