UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-20165-CR-SMITH/LOUIS

UNITED STATES OF AMERICA

vs.

AKRUM ALRAHIB,

        Defendant.

_____/

FILED BY ____ D.C.
DEC 17 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney, hereby requests that the Notice of Filing Sealed Exhibits to Government's Response in Opposition to Defendant's Motion to Suppress Statements [ECF No. 136], this motion, and accompanying order be SEALED until further order of the Court. Copies of these pleadings may be obtained by the United States Attorney's office.

Dated: 12/17/19

                              Respectfully submitted,

                              ARIANA FAJARDO ORSHAN
                              UNITED STATES ATTORNEY

                              By: _____
                              CHRISTOPHER B. BROWNE
                              Assistant United States Attorney
                              Florida Bar No. 91337
                              99 Northeast 4th Street, 4th Street
                              Miami, Florida 33132-2111
                              Telephone: (305) 961-941
                              Email: Christopher.browne@usdoj.gov

                              JERROB DUFFY
                              Assistant United States Attorney
                              Court No. A5501106
                              99 Northeast 4th Street
                              Miami, Florida 33132-2111
                              Tel: (305) 961-9273
                              Email: Jerrob.Duffy@usdoj.gov