**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 19-20165-CR-SMITH

**UNITED STATES OF AMERICA**,

                Plaintiff,

vs.

**AKRUM ALRAHIB,**

                Defendant,
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 262)**

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Lauren F. Louis ("Report," ECF No. 262), issued on January 29, 2021 recommending that the Defendant's Motion to Strike Forfeiture Allegations, ECF [122] be denied.  To date, no objections to the Report have been filed.  Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report.  *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).  Therefore, after an independent review of the Report and record, it is hereby

      **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (ECF No. 262) issued on January 29, 2021 is **ADOPTED**.

2. Defendant Motion to Strike Forfeiture Allegations (ECF No. 122) is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this  16th  day of February, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE