UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20165-CR-SMITH

UNITED STATES OF AMERICA

vs.

AKRUM ALRAHIB,

Defendant.
_______________________________/

**NOTICE OF FILING EXHIBITS**

Surety, George Antar, through undersigned counsel, files the redacted exhibits admitted during today's bond forfeiture hearing before the Honorable Lauren F. Louis, United States Magistrate Judge.

DATED at Miami-Dade County, Florida, this 25th day of January 2022.

Respectfully submitted,

**do Campo & Thornton, P.A.**
Chase Bank Building
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
Telephone: (305) 358-6600
Facsimile: (305) 358-6601

By: *s/ Orlando do Campo*
Orlando do Campo
Florida Bar No. 0156582
od@dandtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ *Orlando do Campo*
Orlando do Campo