*Certificate Number: 003*

*250 Common Stock Shares*

**IST BRANDS INC.**

A California Corporation

This is to certify that John Antar is the owner of record of 250 common stock shares (2.5% interest) of no voting or par value stocks in IST BRANDS INC. (**"Company"**), a California corporation. This certificate and the shares it represents are transferable only on Company's books by the holder of this certificate in person, or by the holder's duly authorized agent, upon surrender of this certificate properly endorsed or assigned.

This certificate and the shares it represents are issued and will be held subject to state and federal law as well as to any and all provisions contained in IST Brands, Inc. Bylaws and Shareholder Agreement, incorporated herein by reference, and as may be amended from time to time, a copy of which is on file at Company's principal office.

A statement of all of the rights, preferences, privileges, and restrictions granted to or imposed upon the respective classes and/or series of shares of Company stock and upon the holders thereof may be obtained by any stockholder upon request and without charge at Company's principal office.

IN WITNESS THEREOF, Company has caused this certificate to be signed by its duly authorized officers on July 11, 2018.

______________________ ______________________

...dy Rahib, *President* Sandy Rahib, *Secretary*

SEE RESTRICTIVE LEGENDS ON FOLLOWING PAGE

Exhibit A