# Wire Transfer Outgoing Request

CHASE

## Wire Transfer Sender Information

| | | | | |
|---|---|---|---|---|
| Sender Name: JOHN G ANTAR | | | | |
| Account Name: JOHN ANTAR TRUST JOHN G ANTAR TRUSTEE OR GEORGE ANTAR TRUSTEE | | Street Address: [redacted] | | |
| City: [redacted] | State: [redacted] | Zip: [redacted] | Country: [redacted] | Daytime Phone: [redacted] |
| Primary ID Type: Driver's License | ID Issuer: CA | ID Number: [redacted] | ID Issue Date: 08/08/2017 | ID Exp: 08/04/2022 |
| Secondary ID Type: Chase or Bank Issued Credit/Debit Card | ID Issuer: CHASE | ID Number: [redacted] | ID Issue Date: | ID Exp: 11/30/2020 |
| Comments: | | | | |

## Wire Transfer Information

| | | | |
|---|---|---|---|
| Request Date: 06/29/2018 | Request time: 01:42:27PM Eastern time | Effective date: 06/29/2018 | Wire Type: Domestic |
| Debit Account #: [redacted] | Debit Account Type: CPC SAVINGS | Available balance: $891,756.01 | Wire Amount (US dollars): $500,000.00 |
| Qualifying Account #: | Qualifying Account Type: | Source of funds: Savings | Wire Fee: |
| Currency type to be sent: US Dollars | Exchange rate: N/A | Foreign currency amount: N/A | Amount to Collect (USD): $500,000.00 |
| FX Contract Number: | | | |

## Recipient Account Information

| | | | | |
|---|---|---|---|---|
| Account Name: IST WHOLESALE, INC | | | | |
| Street Address: | Account Number: [redacted] | | | |
| | City: | State: | Zip: | Country: |
| Text to Recipient: GEORGE ANTAR JOHN ANTAR BUY IN | | | | |

## Receiving Bank Information

| | | | | |
|---|---|---|---|---|
| Bank Name: Bank of America, National Association | | | | |
| Street Address: 1500 PARK ST | Bank ABA/SWIFT Code: [redacted] | | | |
| | City: ALAMEDA | State: CA | Zip: 94501 | Country: USA |
| Intermediary Bank Name: | | | | |
| Street Address: | Intermediary Bank ABA: | | | |
| | City: | State: | Zip: | Country: |
| Text to Receiving Bank: | | | | |

# Wire Transfer Outgoing Request

CHASE

## Wire Transfer Sender Information

| | | | | | |
|---|---|---|---|---|---|
| Sender Name: JOHN G ANTAR | | | | | |
| Account Name: JOHN ANTAR TRUST JOHN G ANTAR TRUSTEE OR GEORGE ANTAR TRUSTEE | | Street Address: [redacted] | | | |
| City: [redacted] | State: [redacted] | Zip: [redacted] | Country: [redacted] | | Daytime Phone: [redacted] |
| Primary ID Type: Driver's License | ID Issuer: CA | ID Number: [redacted] | | ID Issue Date: 08/08/2017 | ID Exp: 08/04/2022 |
| Secondary ID Type: Chase or Bank Issued Credit/Debit Card | ID Issuer: CHASE | ID Number: [redacted] | | ID Issue Date: | ID Exp: 11/30/2020 |
| Comments: | | | | | |

## Wire Transfer Information

| | | | |
|---|---|---|---|
| Request Date: 07/09/2018 | Request time: 04:33:25PM Eastern time | Effective date: 07/09/2018 | Wire Type: Domestic |
| Debit Account #: [redacted] | Debit Account Type: CPC SAVINGS | Available balance: $391,813.97 | Wire Amount (US dollars): $380,000.00 |
| Qualifying Account #: | Qualifying Account Type: | Source of funds: Savings | Wire Fee: |
| Currency type to be sent: US Dollars | Exchange rate: N/A | Foreign currency amount: N/A | Amount to Collect (USD): $380,000.00 |
| FX Contract Number: | | | |

## Recipient Account Information

| | | | | |
|---|---|---|---|---|
| Account Name: IST WHOLESALE, INC | | | | |
| Street Address: | Account Number: [redacted] | | | |
| | City: | State: | Zip: | Country: |
| Text to Recipient: GEORGE ANTAR JOHN ANTAR BUY IN | | | | |

## Receiving Bank Information

| | | | | |
|---|---|---|---|---|
| Bank Name: Bank of America, National Association | | | | |
| Street Address: 1500 PARK ST | Bank ABA/SWIFT Code: [redacted] | | | |
| | City: ALAMEDA | State: CA | Zip: 94501 | Country: USA |
| Intermediary Bank Name: | | | | |
| Street Address: | Intermediary Bank ABA: | | | |
| | City: | State: | Zip: | Country: |
| Text to Receiving Bank: | | | | |

# Wire Transfer Outgoing Request

CHASE

## Wire Transfer Sender Information

| | | | | |
|---|---|---|---|---|
| Sender Name: JOHN G ANTAR | | | | |
| Account Name: JOHN ANTAR TRUST JOHN G ANTAR TRUSTEE OR GEORGE ANTAR TRUSTEE | | Street Address: [redacted] | | |
| City: [redacted] | State: [redacted] | Zip: [redacted] | Country: [redacted] | Daytime Phone: [redacted] |
| Primary ID Type: Driver's License | ID Issuer: CA | ID Number: [redacted] | ID Issue Date: | ID Exp: 08/04/2022 |
| Secondary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | ID Exp: |
| Comments: | | | | |

## Wire Transfer Information

| | | | |
|---|---|---|---|
| Request Date: 08/02/2018 | Request time: 12:53:46PM Eastern time | Effective date: 08/02/2018 | Wire Type: Domestic |
| Debit Account #: [redacted] | Debit Account Type: CPC SAVINGS | Available balance: $61,823.15 | Wire Amount (US dollars): $50,000.00 |
| Qualifying Account #: | Qualifying Account Type: | Source of funds: Savings | Wire Fee: |
| Currency type to be sent: US Dollars | Exchange rate: N/A | Foreign currency amount: N/A | Amount to Collect (USD): $50,000.00 |
| FX Contract Number: | | | |

## Recipient Account Information

| | | | | |
|---|---|---|---|---|
| Account Name: IST WHOLESALE INC | | | | |
| Street Address: | Account Number: [redacted] | | | |
| | City: | State: | Zip: | Country: |
| Text to Recipient: GEORGE ANTAR JOHN ANTAR BUY IN | | | | |

## Receiving Bank Information

| | | | | |
|---|---|---|---|---|
| Bank Name: Bank of America, National Association | | | | |
| Street Address: 1500 PARK ST | Bank ABA/SWIFT Code: [redacted] | | | |
| | City: ALAMEDA | State: CA | Zip: 94501 | Country: USA |
| Intermediary Bank Name: | | | | |
| Street Address: | Intermediary Bank ABA: | | | |
| | City: | State: | Zip: | Country: |
| Text to Receiving Bank: | | | | |

# Wire Transfer Outgoing Request

CHASE

## Wire Transfer Sender Information

| | | | | | |
|---|---|---|---|---|---|
| Sender Name: JOHN G ANTAR | | | | | |
| Account Name: JOHN ANTAR TRUST JOHN G ANTAR TRUSTEE OR GEORGE ANTAR TRUSTEE | | Street Address: [redacted] | | | |
| City: [redacted] | State: [redacted] | Zip: [redacted] | Country: [redacted] | | Daytime Phone: [redacted] |
| Primary ID Type: Driver's License | ID Issuer: CA | ID Number: [redacted] | | ID Issue Date: 08/08/2017 | ID Exp: 08/04/2022 |
| Secondary ID Type: Chase or Bank Issued Credit/Debit Card | ID Issuer: Chase Bank | ID Number: [redacted] | | ID Issue Date: | ID Exp: 11/30/2020 |
| Comments: | | | | | |

## Wire Transfer Information

| | | | |
|---|---|---|---|
| Request Date: 08/03/2018 | Request time: 09:02:44PM Eastern time | Effective date: 08/06/2018 | Wire Type: Domestic |
| Debit Account #: [redacted] | Debit Account Type: CPC SAVINGS | Available balance: $111,823.15 | Wire Amount (US dollars): $102,000.00 |
| Qualifying Account #: | Qualifying Account Type: | Source of funds: Savings | Wire Fee: |
| Currency type to be sent: US Dollars | Exchange rate: N/A | Foreign currency amount: N/A | Amount to Collect (USD): $102,000.00 |
| FX Contract Number: | | | |

## Recipient Account Information

| | | | | |
|---|---|---|---|---|
| Account Name: IST WHOLESALE INC | | | | |
| Street Address: | Account Number: [redacted] | | | |
| | City: | State: | Zip: | Country: |
| Text to Recipient: GEORGE ANTAR JOHN ANTAR BUY IN | | | | |

## Receiving Bank Information

| | | | | |
|---|---|---|---|---|
| Bank Name: Bank of America, National Association | | | | |
| Street Address: 1500 PARK ST | Bank ABA/SWIFT Code: [redacted] | | | |
| | City: ALAMEDA | State: CA | Zip: 94501 | Country: USA |
| Intermediary Bank Name: | | | | |
| Street Address: | Intermediary Bank ABA: | | | |
| | City: | State: | Zip: | Country: |
| Text to Receiving Bank: | | | | |

# Wire Transfer Outgoing Request

CHASE

## Wire Transfer Sender Information

| | | | | |
|---|---|---|---|---|
| Sender Name: JOHN G ANTAR | | | | |
| Account Name: JOHN ANTAR TRUST JOHN G ANTAR TRUSTEE OR GEORGE ANTAR TRUSTEE | | Street Address: [redacted] | | |
| City: [redacted] | State: [redacted] | Zip: [redacted] | Country: [redacted] | Daytime Phone: [redacted] |
| Primary ID Type: Driver's License | ID Issuer: CA | ID Number: [redacted] | ID Issue Date: | ID Exp: 08/04/2022 |
| Secondary ID Type: Chase or Bank Issued ATM Card | ID Issuer: CHASE | ID Number: XXXXXXXXXXXX6044 | ID Issue Date: | ID Exp: 11/30/2020 |
| Comments: | | | | |

## Wire Transfer Information

| | | | |
|---|---|---|---|
| Request Date: 08/21/2018 | Request time: 04:33:44PM Eastern time | Effective date: 08/21/2018 | Wire Type: Domestic |
| Debit Account #: [redacted] | Debit Account Type: CPC SAVINGS | Available balance: $119,823.15 | Wire Amount (US dollars): $110,000.00 |
| Qualifying Account #: | Qualifying Account Type: | Source of funds: Savings | Wire Fee: |
| Currency type to be sent: US Dollars | Exchange rate: N/A | Foreign currency amount: N/A | Amount to Collect (USD): $110,000.00 |
| FX Contract Number: | | | |

## Recipient Account Information

| | | | | |
|---|---|---|---|---|
| Account Name: IST WHOLESALE, INC. | | | | |
| Street Address: | Account Number: [redacted] | | | |
| | City: | State: | Zip: | Country: |
| Text to Recipient: GEORGE ANTAR JOHN ANTAR BUY IN | | | | |

## Receiving Bank Information

| | | | | |
|---|---|---|---|---|
| Bank Name: Bank of America, National Association | | | | |
| Street Address: 1500 PARK ST | Bank ABA/SWIFT Code: [redacted] | | | |
| | City: ALAMEDA | State: CA | Zip: 94501 | Country: USA |
| Intermediary Bank Name: | | | | |
| Street Address: | Intermediary Bank ABA: | | | |
| | City: | State: | Zip: | Country: |
| Text to Receiving Bank: | | | | |

# Wire Transfer Outgoing Request

CHASE

## Wire Transfer Sender Information

| | | | | |
|---|---|---|---|---|
| Sender Name: JOHN G ANTAR | | | | |
| Account Name: JOHN ANTAR TRUST<br>JOHN G ANTAR TRUSTEE<br>OR GEORGE ANTAR TRUSTEE | | Street Address: [redacted] | | |
| City: [redacted] | State: [redacted] | Zip: [redacted] | Country: [redacted] | Daytime Phone: [redacted] |
| Primary ID Type: Driver's License | ID Issuer: CA | ID Number: [redacted] | ID Issue Date: 08/08/2017 | ID Exp: 08/04/2022 |
| Secondary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | ID Exp: |
| Comments: | | | | |

## Wire Transfer Information

| | | | |
|---|---|---|---|
| Request Date: 09/05/2018 | Request time: 04:58:15PM Eastern time | Effective date: 09/05/2018 | Wire Type: Domestic |
| Debit Account #: [redacted] | Debit Account Type: CPC SAVINGS | Available balance: $98,824.60 | Wire Amount (US dollars): $80,000.00 |
| Qualifying Account #: | Qualifying Account Type: | Source of funds: Savings | Wire Fee: |
| Currency type to be sent: US Dollars | Exchange rate: N/A | Foreign currency amount: N/A | Amount to Collect (USD): $80,000.00 |
| FX Contract Number: | | | |

## Recipient Account Information

| | | | | |
|---|---|---|---|---|
| Account Name: IST WHOLESALE, INC. | | | | |
| Street Address: | Account Number: [redacted] | | | |
| | City: | State: | Zip: | Country: |
| Text to Recipient: GEORGE ANTAR JOHN ANTAR BUY IN | | | | |

## Receiving Bank Information

| | | | | |
|---|---|---|---|---|
| Bank Name: Bank of America, National Association | | | | |
| Street Address: 1500 PARK ST | Bank ABA/SWIFT Code: [redacted] | | | |
| | City: ALAMEDA | State: CA | Zip: 94501 | Country: USA |
| Intermediary Bank Name: | | | | |
| Street Address: | Intermediary Bank ABA: | | | |
| | City: | State: | Zip: | Country: |
| Text to Receiving Bank: | | | | |