# PURCHASE AND SALES AGREEMENT

This Agreement is made August 22, 2017 by and between Brightwater Capital, LLC (Seller), with its principal place of business located at 850 Concourse Parkway South, Suite 120 Maitland, FL 32751 and, (Purchaser), Antar Properties, Inc.

WHEREAS, Seller is the owner of certain charged off consumer loan accounts, (hereinafter referred to as "Accounts") which includes an approximate aggregate principle balance of $**1,804,617.81** at per diem rate of 3.0%. Also referenced in Exhibit B.

WHEREAS, Seller is desirous of selling, and Purchaser has accepted to purchase, the Accounts upon the terms and conditions set forth herein.

NOW, THEREFORE, in consideration of the mutual covenants and conditions hereinafter set forth, the parties agree as follows:

1. PURCHASES AND SALE OF THE ACCOUNTS

1.1. Seller hereby sells over and assigns to Purchaser all of its right title and interest in and to the Accounts.

1.2. Seller shall deliver, upon receipt of a bank wire transfer, the actual file(s) containing a detailed listing of the Accounts to be sold to purchaser by electronic mail.

2. RIGHTS TO PROCEEDS

2.1. On or after the Closing Date, Purchaser shall be entitled to the proceeds of the Accounts. Should Seller come into possession of any instrument or other property from an Account debtor in payment of an Account sold to Purchaser on or after the closing date, pursuant to this Agreement, Seller shall monthly endorse said instrument in favor of Purchaser or transfer to said other property to Purchaser and shall deliver said instrument or other property to Purchaser.

2.2. Seller authorized Purchaser to endorse, in Seller's name, and to negotiate or deposit to any bank account maintained by Purchaser, any instrument payable or endorsed to Seller and received by Purchaser from or on behalf of an Account debtor on or after the closing date, in payment of an Account.

Buyer's Initials_______

3. REPRESENTATIONS OF SELLER

3.1. Seller is a Florida Limited Liability Company duly organized and validly existing under the laws of said state.

3.2. Seller warrants that it is the owner of the subject Accounts for sale.

3.3. Seller has good marketable title to the Accounts.

3.4. Seller has taken all action necessary to authorize its execution and delivery of this Agreement and the performance of the transaction contemplated hereby.

3.5. Seller makes no warranties, either oral or in writing, expressed or implied, concerning the Accounts other than as specifically set forth in this Agreement. Seller makes no representations as to the percentage of collections or dollar amount to be collected on the Account being sold. Seller may provide to Buyer basic demographic data, including name, address, telephone number(s), social security number, date of birth, property ownership and other information, which Seller in no way warrants is accurate or may be the basis for successful collection efforts but merely represents information in Seller's possession.

3.6. Any Accounts which have been discovered to be bankrupt or has an active bankruptcy filed or is deceased prior to the Closing Date will not be included as the Accounts covered under this Agreement. If any Accounts are determined to be bankrupt or deceased prior to the Closing Date, purchaser's sole remedy shall be limited to having Seller repurchase such Accounts for the purchase price thereof less any recoveries on such accounts that the Purchaser may have received, or for which a credit was given to Purchaser. Purchaser has up to 90 (ninety) days from the Closing Date to return bankrupt and deceased accounts. Any accounts returned after 90 days are not subject to any buyback from Seller.

3.8 Seller agrees to refund any account that is found to be not owed due to prior settlement verified in writing by the Originator, Seller or agent thereof, or a copy of the cancelled, final check evidencing payment of the Account in full. Such refund only applies to accounts submitted in writing to Seller, for a period of ninety (90) days from the Closing Date. Any presented thereafter are not subject to buyback.

4. REPRSENTATIONS OF THE PURCHASER

Buyer's Initials__________

Buyer's Initials_______

4.1. All recovery efforts instituted in connection with the Accounts shall be conducted in good, lawful and expeditious manner. The collection activities performed by the Purchaser will be in compliance with the Federal Trade Commission standards and other applicable state, federal and common law doctrines reasonably ascertained as of the date hereof including but not limited to the Fair Debt Collections Practices Act. In this regard, Purchaser and Seller each guarantee and agree to defend each other with respect to, and indemnify each other and hold each other, including but not limited to its employees, agents, officers, and assigns harmless from all claims, cause of action, damages, fines, penalties or costs of whatsoever nature, including reasonable attorney fees arising from any action instituted against the other for a violation or claimed violation of law. Purchaser will strictly adhere to all requirements of the Fair Debt Collection Practices Act and any other applicable collection, credit or credit reporting law and Purchaser understands and Seller's inducement to sell said accounts is based upon such a representation.

4.2. Purchaser has such knowledge, sophistication and experience in business and financial matters as to be capable of evaluating both the information made available with respect to the Account/Related Materials and the merits and risks of the prospective purchase, is able to bear the economic risk of such purchase, is able to bear the risk that Purchaser may be required to hold the Account/Related Material for an indefinite period time and is able to afford a complete loss of the purchase price for the Account/ Related Materials.

4.3. Purchaser has been afforded the opportunity: (i) to ask such questions as it has deemed necessary of, and to receive answers from, representatives of Seller concerning the terms and conditions of the offering of the Accounts and the merits and risks of buying Accounts; and (ii) to obtain such additional information that Seller possesses or can acquire.

4.4. Purchaser acknowledges and agrees that (i) the proposed sale of the Account/Related Materials does not involve, nor is it intended in any way to constitute, the sale of a "security" within the meaning of the Securities Laws and (ii) it is not contemplated that any filing will be made with the Securities and Exchange Commission or pursuant to the Securities Laws of any Jurisdiction.

4.5. Purchaser acknowledges that accounts, contemplated by this purchase are subject to the terms and conditions of Brightwater's agreement with GE Capital and Synchrony Financial.

Buyer's Initials____

Purchaser also acknowledges that as buyer of these accounts they are subject to all terms and conditions agreed to between Brightwater and GE Capital and Synchrony Financial and that any future resale is prohibited.

4.6. Under no Circumstances shall Purchaser be permitted to contact either the Originator and/or previous owner(s) of the Accounts or bank (collectively and individually referred to as "Originator) for any reason without first obtaining Seller's express written consent.

5. MISCELLANEOUS

5.1. This Agreement is entered into, and shall be construed in accordance with the laws of the State of Florida. Any action arising out of, or pertaining to this Agreement shall be commenced only in a court of competent jurisdiction in the State of Florida and the County of Orange.

5.2. Available Media is provided at time of close. Document is defined as application (if available) or monthly statement application (if available) or monthly statement. Affidavits are available for a $10.00 fee. Said requests shall be prepaid at time of request and are to be reasonably possible for Seller to do so to return said media to Purchaser.

5.3. The Purchaser and any permitted assignee of the Purchaser will not use or refer to the name of the Originator or Seller, or any similar name for any purpose relating to any Account including, without limitation, the collection, promotion marketing, advertising, sale or transfer of any Account. In collecting the Accounts, the Purchaser shall only use their own names and shall not imply that they connected in any manner with, or acting on behalf of any person or entity operating under any of the foregoing names. However, the Purchaser and permitted assignees of the Purchaser may use the name of the Originator and Seller solely for the purposes of identifying the Account in communications with the Account Debtor on such Account in identifying it, in connection with litigation with the Account Debtor or in connection with entering into any servicing arrangement in identifying the Accounts. In contacting the Account Debtor, filing suit, or selling the Accounts, the Purchaser will not state or represent in any way that it is taking such action on behalf of any of the aforementioned entities or the affiliates or assigns.

5.4. In the event Purchaser fails to pay Seller the full Purchase Price on or before the Closing Date the (i) Purchaser shall be in breach of this agreement, (ii) this agreement may be terminated by Seller, effective immediately upon notice to Purchaser, (iii) Purchaser shall have no

Buyer's Initials________

interest whatsoever, legal, beneficial or otherwise, in the Accounts, receivables, Receivable Schedules, and Account documents, (iv) Seller shall retain all rights and remedies to by law or under the Agreement.

**5.5.** Seller has the right to recall an account from buyer at any time for any reason should the original issuer or prior owner recall such account(s) from seller. The buyer will be reimbursed their purchased price of said accounts. Such recalls are expected to be completed by purchaser within 48 hours of such request.________ **Buyers Initials**

This Agreement constitutes the entire understanding between Seller and Purchaser. Neither party has made any representations, warrants or promises except as set forth herein.

IN WITNESS WHEREOF, the parties have caused this agreement to be executed as of the date first written above.

Seller
Brightwater Capital, LLC
850 Concourse Parkway South, Suite 120
Maitland, FL 32751

L. Shields
Signature

Buyer
Antar Properties, Inc
2307 Fenton Parkway, #107-79
San Diego, CA 92108

________________
Signature

Buyer's Initials________

**Exhibit A**

ASSIGNMENT AND BILL OF SALE

Brightwater Capital, LLC, ("Seller") has entered into a Credit Card Purchase Agreement, dated August 22, 2017, ("Agreement") for the sale of Accounts described in Agreement thereof to Antar Properties, Inc, (Purchaser"), upon terms and conditions set forth in that Agreement.

NOW, THEREFORE, for good and valuable consideration, Seller hereby sells, assigns, and transfers to Purchaser all of Seller's rights, title, and interest in each and every one of the Accounts described in the Agreement, provided however such transfer is made without any representations, warranties, or recourse.

IN WITNESS WHEREOF, Seller has signed and delivered this instrument on the

________________, 2017.

Seller

L. Shields

Buyer's Initials________

## Exhibit B

## Closing Statement

**Type of Debt: Credit Card**

**Originating Lender(s): GE**

**Number of Accounts: 926**

**State(s): CA**

**Face Amount 1,804,617.81**

**Sale Price: $54,138.43**

**Closing/Funding Date: August 22, 2017**

Buyer's Initials________

**Exhibit C**

Wire Transfer Instructions

Bank Name: Bank of America

ABA No.: Routing # [redacted]

Account No.: # [redacted]

Acct Name: Marshfield Capital, Inc

Buyer's Initials ________

80948

RAMZY R S RAHIB
3428 BORRESON ST
SAN DIEGO CA 92117

## Your *Premier Package* statement

**December 28, 2018** to **January 28, 2019**
**Account number** 800295[redacted]

## Your account summary

| | |
|---|---|
| **Beginning balance on December 28, 2018** | **$1,332.62** |
| Plus deposits | |
| Electronic deposits | $19,978.00 |
| Other deposits | $262,946.68 |
| Interest | $0.30 |
| Less withdrawals | |
| Checks | -$63,126.42 |
| ATM/Debit Card withdrawals | -$12,537.15 |
| Electronic (EFT) withdrawals | -$191,987.52 |
| Fees and service charges | -$174.00 |
| **Ending balance on January 28, 2019** | **$16,432.51** |

**Interest rates on January 28, 2019**

- on balances of $1 to $999: 0.01%
- on balances of $1,000 to $2,499: 0.01%
- on balances of $2,500 to $4,999: 0.01%
- on balances of $5,000 to $14,999: 0.01%
- on balances of $15,000 to $49,999: 0.01%
- on balances of $50,000 or more: 0.01%

**Summary of Interest you've earned**

- Interest paid to you this statement period: $0.30
- Annual percentage yield earned this statement period: 0.01%
- Total interest paid to you this year: $0.30

**Call**
(800) 269-9050

**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
226 AIRPORT PARKWAY
SAN JOSE, CA 95110-4348

Important information Important information

Thank you Thank you

*Thank you for being a Comerica customer. We value the trust and confidence that you continue to place in us.*

**Your *Premier Package* statement**
**December 28, 2018 to January 28, 2019**

# Details of your *Premier Package* account: 800295[redacted]

## Electronic deposits this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Jan 23 | 10,000.00 | D scover Bank Prearrange | 9488792844 |
| Jan 28 | 9,978.00 | W re # 002231 Org Ramzy S Rah b Fed # 016490 | 9485002056 |

**Total Electronic Deposits: $19,978.00**
**Total number of Electronic Deposits: 2**

## Other deposits this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Dec 28 | 45,000.00 | Depos t | 0480874362 |
| Dec 31 | 40,000.00 | Depos t | 0480433645 |
| Jan 04 | 6,000.00 | Depos t | 0480846297 |
| Jan 07 | 8,200.00 | Ma /cour er/n ght/depos t | 0481261576 |
| Jan 11 | 41,000.00 | Depos t | 0480249440 |
| Jan 11 | 9,000.00 | Depos t | 0480249447 |
| Jan 16 | 550.98 | Mob e Depos t | 0440177957 |
| Jan 17 | 67,695.70 | Depos t | 0480600683 |
| Jan 17 | 5,500.00 | Depos t | 0480600681 |
| Jan 24 | 40,000.00 | Depos t | 0480553679 |
| Jan 28 | 0.30 | Interest | I-GEN18133 |

**Total Other Deposits: $262,946.98**
**Total number of Other Deposits: 11**

## Checks paid this statement period

* Th s symbo nd cates a break n check number sequence
# Th s symbo nd cates an or g na tem not enc osed
@ Th s symbo nd cates a break n check number sequence and an or g na tem not enc osed

| Check number | Amount ($) | Date paid | Bank reference number | Check number | Amount ($) | Date paid | Bank reference number |
|---|---|---|---|---|---|---|---|
| # 1014 | -5,000.00 | Jan 04 | 0480846296 | @ 1081 | -2,683.00 | Jan 28 | 0970910914 |
| # 1015 | -4,000.00 | Jan 08 | 0970141135 | @ 1084 | -7,000.00 | Jan 03 | 0970361429 |
| @ 1038 | -40,000.00 | Jan 28 | 0970974321 | # 1085 | -354.00 | Jan 24 | 0970081943 |
| @ 1078 | -60.00 | Dec 31 | 0970395541 | # 1086 | -2,683.00 | Jan 28 | 0970910913 |
| # 1079 | -575.42 | Dec 31 | 0971199170 | # 1087 | -771.00 | Jan 24 | 0970081944 |

**Total checks paid this statement period: -$63,126.42**
**Total number of checks paid this statement period: 10**

**Your *Premier Package* statement**
**December 28, 2018 to January 28, 2019**

# **Premier Package:** 800295[redacted]

## ATM/Debit Card transactions this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Jan 03 | -67.20 | Arco #42778 San D ego CA 9626 | 0M31949748 |
| Jan 22 | -2,683.00 | Cty Chu a V sta 6196913582 CA 9626 | 0M30891459 |
| Jan 28 | -9,786.95 | Ev *barona Va e Lakes de CA 9626 | 0M39064708 |

**Total ATM/Debit Card Withdrawals: -$12,537.15**
**Total number of ATM/Debit Card Withdrawals: 3**

## Electronic withdrawals this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Dec 28 | -45,037.00 | W re # 105195 Bnf Co nbase Inc Fed # 002536 | 9485006129 |
| Jan 02 | -1,088.56 | Best Egg Loan Pmt 190101 | 9488578043 |
| Jan 04 | -22,037.00 | W re # 102572 Bnf John Antar Tru Fed # 001085 | 9485003904 |
| Jan 04 | -10,000.00 | E*trade ACH Trnsfr 190103 | 9488894804 |
| Jan 07 | -248.36 | Cox Comm San Bank Draft 010419 | 9488358606 |
| Jan 11 | -41,037.00 | W re # 103457 Bnf Co nbase Inc Fed # 001531 | 9485004252 |
| Jan 11 | -477.47 | Jpmorgan Chase Ext Trnsfr 190111 | 9488754077 |
| Jan 14 | -500.00 | Chase Cred t Crd Epay 190110 | 9488744546 |
| Jan 14 | -400.00 | Chase Cred t Crd Epay 190110 | 9488744547 |
| Jan 15 | -2,436.00 | Smart L c Smart L c | 9488284461 |
| Jan 15 | -344.00 | Cardmember Serv Web Pymt 190114 | 9488019427 |
| Jan 22 | -9,912.50 | The Loan Company The Loan C 190122 1660 | 9488480097 |
| Jan 22 | -4,538.76 | Pure ns 8888137873 190119 | 9488965696 |
| Jan 23 | -1,486.59 | Mbfs.com Auto Pay 190123 | 9488956546 |
| Jan 25 | -50,037.00 | W re # 102273 Bnf Co nbase, Inc. Fed # 001139 | 9485004653 |
| Jan 25 | -994.25 | Gmf Lease Wu Gmf eas 190124 | 9488297880 |
| Jan 28 | -1,413.03 | SD Gas E ec Pa d Sdge 190125 | 9488295355 |

**Total Electronic Withdrawals: -$191,987.52**
**Total number of Electronic Withdrawals: 17**

## Fees and service charges this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Jan 11 | -38.00 | Fee - Returned Item | 9488550480 |
| Jan 23 | -38.00 | Fee - Returned Item | 0970074298 |
| Jan 23 | -38.00 | Fee - Returned Item | 0970074299 |
| Jan 23 | -38.00 | Fee - Overdraft | 9488965696 |

cont nued next page

**Your *Premier Package* statement**
**December 28, 2018 to January 28, 2019**

# Premier Package: 800295[redacted]

## Fees and service charges this statement period (continued)

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Jan 28 | -22.00 | Ma ntenance Fee | I-GEN18134 |

**Total Fees and Service Charges: -$174.00**
**Total number of Fees and Service Charges: 5**

## Aggregate Overdraft and Returned Item Fees

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | **$38.00** | **$38.00** |
| **Total Returned Item Fees** | **$114.00** | **$114.00** |

## $ Lowest daily balance

Your owest da y ba ance th s statement per od was **$1,295.62** on **December 28, 2018**.

AT&T 5G E 1:29 PM 100%

Front | Back

[redacted]

1082

90-3752/1211
948

DATE 1/29/19

Pay to the Order of John Antar Trust $ 28,000 -

Twenty eight Thousand —— DOLLARS

Photo Safe Deposit® Details on back

Comerica Bank

Comerica Bank
www.comerica.com

Premier Package Account

For Loan Repayment

MP

[redacted] 1082