80565

TRENDSETTAH USA INC
[redacted]

***Basic Business Checking***
**statement**

**March 1, 2019** to **March 31, 2019**
**Account number** [redacted]

## Account summary

| | |
|---|---|
| **Beginning balance on March 1, 2019** | **$45,100.00** |
| Plus deposits | |
| Electronic deposits | $4,600,000.00 |
| Less withdrawals | |
| Electronic (EFT) withdrawals | -$2,675,000.00 |
| Other withdrawals | -$368,000.00 |
| Fees and service charges | -$191.00 |
| **Ending balance on March 31, 2019** | **$1,601,909.00** |

**To contact us**

**Call**
(800) 522-2265
**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
2307 FENTON PKWY STE C109 BLDG C
SAN DIEGO CA 92108-4565

**Important information**

The Account Balance Fee for this statement period for this account is $0.00/$1,000.

**Thank you**

***Basic Business Checking*** **statement**
**March 1, 2019 to March 31, 2019**

# ***Basic Business Checking*** account details: [redacted]

## Electronic deposits this statement period

| Date | Amount | Activity | Reference numbers: Customer | Reference numbers: Bank |
|---|---|---|---|---|
| Mar 28 | 4,600,000.00 | W re # 006387 Org Law F nance Gr Fed # 005406 | | 859 |

**Total Electronic Deposits: $4,600,000.00**
**Total Number of Electronic Deposits: 1**

## Electronic withdrawals this statement period

| Date | Amount ($) | Activity | Reference numbers: Customer | Reference numbers: Bank |
|---|---|---|---|---|
| Mar 04 | -25,000.00 | Qu ckfee Vendor Pmt 190301 000000230363 | | 9488386774 |
| Mar 29 | -1,250,000.00 | W re # 103506 Bnf John Antar Tr Fed # 002534 | | 9485007342 |
| Mar 29 | -500,000.00 | W re # 103620 Bnf Abc D str but Fed # 002470 | | 9485007341 |
| Mar 29 | -450,000.00 | W re # 103394 Bnf Cap ta Sa es Fed # 002542 | | 9485007340 |
| Mar 29 | -200,000.00 | W re # 103645 Bnf Am A -k Fed # 002063 | | 9485007339 |
| Mar 29 | -180,000.00 | W re # 103457 Bnf Mart n Kerr ns Fed # 002018 | | 9485007338 |
| Mar 29 | -70,000.00 | W re # 103584 Bnf A Mar Fed # 002023 | | 9485007337 |

**Total Electronic Withdrawals: -$2,675,000.00**
**Total Number of Electronic Withdrawals: 7**

## Other withdrawals this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Mar26 | -18,000.00 | W thdrawa | 0480219188 |
| Mar29 | -350,000.00 | W thdrawa | 0480758014 |

**Total Other Withdrawals: -$368,000.00**
**Total Number of Other Withdrawals: 2**

## Fees and service charges this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Mar 13 | -191.00 | Serv ce Charge | 0000043338 |

**Total Fees and Service Charges: -$191.00**
**Total Number of Fees and Service Charges: 1**

## $ Lowest daily balance

Your owest da y ba ance th s statement per od was **$1,909.00** on **March 26, 2019**.