CHASE PRIVATE CLIENT
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

May 01, 2019 through May 31, 2019
Account Number: [redacted]

CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-994-5626** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00447125 DRE 703 210 15219 NNNNNNNNNNN 1 000000000 61 0000
GEORGE ANTAR
[redacted]

00447125010100000021

# CHECKING SUMMARY

Chase Private Client Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$38,500.23** |
| Deposits and Additions | 9,430.22 |
| Checks Paid | -2,660.00 |
| ATM & Debit Card Withdrawals | -2,500.00 |
| Electronic Withdrawals | -10,392.14 |
| Other Withdrawals | -5,000.00 |
| **Ending Balance** | **$27,378.31** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.22 |
| Interest Paid Year-to-Date | $0.45 |

# CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 1002 ^ | 05/03 | $2,000.00 |
| 1003 | 05/17 | 660.00 |
| **Total Checks Paid** | | **$2,660.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

# TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$38,500.23** |
| 05/01 | The Village Miss Web Pmts Q0S775 Web ID: 1203874681 | -2,135.64 | 36,364.59 |
| 05/03 | 05/03 Check # 1002 | -2,000.00 | 34,364.59 |
| 05/08 | 05/08 Withdrawal | -5,000.00 | 29,364.59 |
| 05/13 | 05/13 Online Transfer To Sav ...2710 Transaction#: 8228023374 | -1,000.00 | 28,364.59 |
| 05/13 | American Express ACH Pmt PPD ID: 2005032111 | -5,833.85 | 22,530.74 |
| 05/16 | Quickpay With Zelle Payment From Adam Tessler 8237868860 | **1,900.00** | 24,430.74 |
| 05/16 | Online Transfer From Chk ...3531 Transaction#: 8237869757 | **100.00** | 24,530.74 |

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 05/17 | Card Purchase 05/16 Land Rover San Diego San Diego CA Card 1650 | -2,500.00 | 22,030.74 |
| 05/17 | Check # 1003 Uscis Phoenix Payment Arc ID: 7001010303 | -660.00 | 21,370.74 |
| 05/20 | Online Transfer From Chk ...3531 Transaction#: 8244195617 | **500.00** | 21,870.74 |
| 05/28 | TD Auto Finance Bill Pay 11878684621 Web ID: 7529150911 | -1,422.65 | 20,448.09 |
| 05/29 | Fedwire Credit Via: Wells Fargo Bank/121000248 B/O: Ist Brands Inc US 33166-3710 Ref: Chase Nyc/Ctr/Bnf=George Antar San Diego, CA 921116217/Ac-000000003883 Rfb=12 Imad: 0529I1B7033R002531 Trn: 0501009149Ff | **6,930.00** | 27,378.09 |
| 05/31 | Interest Payment | **0.22** | 27,378.31 |
| | **Ending Balance** | | **$27,378.31** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

EQUAL HOUSING LENDER **JPMorgan Chase Bank, N.A. Member FDIC**