UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

1:19-cr-20165-RS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AKRUM ALRAHIB,

    Defendant.
_____/

GEORGE ANTAR,

    Interested Party.
_____/

## ORDER GRANTING REQUEST FOR INDICATIVE RULING

THIS CAUSE having come before the Court on GEORGE ANTAR's Unopposed Motion for Indicative Ruling, and the Court having reviewed the Motion and otherwise being fully advised in the premises, hereby indicates that if the Court had the jurisdiction to rule, it would Grant Antar's Motion to Correct the Record finding that surety George Antar is liable under the prior Court Order of September 12, 2022, (ECF 327), solely under the personal surety bond in the amount of $1.5 million.

DONE AND ORDERED in Chambers this 6 day of December, 2022.

THE HONORABLE RODNEY SMITH
United States District Judge

Copies furnished to:
    Counsel of Record via CM/ECF