# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 19, 2022

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

FILED BY JE D.C.
Dec 19, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeal Number: 22-13172-HH
Case Style: USA v. Lexington National Insurance Corporation, et al
District Court Docket No: 1:19-cr-20165-RS-1

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Christopher Bergquist, HH/lt
Phone #: 404-335-6169

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-13172-HH

_____

UNITED STATES OF AMERICA,

                                                              Plaintiff - Appellee,

versus

AKRUM ALRAHIB,

                                                   Defendant - Appellant,

LEXINGTON NATIONAL INSURANCE CORPORATION,
GEORGE ANTAR,
MARTIN KERRINS,

                                                 Interested Parties - Appellants.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: Motion to voluntarily dismiss appeal filed by Appellant Martin Kerrins (only) is GRANTED by clerk [9814308-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective December 19, 2022.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION