UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-20165-CR-SMITH/LOUIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

AKRUM ALRAHIB,

Defendant,

and

GEORGE ANTAR,

Individual Surety,

MARTIN PATRICK KERRINS,

Individual Surety.

_________________________________/

**FINAL JUDGMENT OF FORFEITURE OF BOND**

The Government has filed a Motion for Entry of Judgment Against Defendant and Sureties, seeking judgment on the personal surety bond in the amount of $1,500,000.00 [ECF No. 45] posted by the Defendant and co-signed by sureties George Antar and Martin Patrick Kerrins.

This Court having declared forfeit the appearance bond, and having found no basis for setting aside or remitting the bond, it is

**ORDERED AND ADJUDGED** that plaintiff United States of America have judgment against defendant Akrum Alrahib, and sureties George Antar, and Martin Patrick Kerrins, jointly and severally, in the sum of $1,500,000.00 as to the personal surety bond, plus accrued interest, if any, from the date of this judgment as prescribed by 28 U.S.C. § 1961, and costs. It is further,

**ORDERED AND ADJUDGED** that any and all monies or things of value deposited with

the Registry Fund Account of the Clerk of Court as security for the aforesaid bond shall be transferred to the Crime Victim Fund of the Treasury of the United States in accordance with 34 U.S.C. § 20101(b)(3); and

**ORDERED AND ADJUDGED** that any and all real or personal property, wherever situated and in whomsoever's custody it may be pledged or granted to the United States to secure payment of the aforesaid bonds, is hereby forfeited to the United States and subject to disposition according to law.

**DONE AND ORDERED** in chambers in Fort Lauderdale, Florida, this 23 day of February.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record