| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:19-CR-20165-RS(1) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* **24-cr-10132-AGS** |

| NAME AND ADDRESS OF SUPERVISED RELEASEE Akrum Alrahib | DISTRICT Southern District of Florida | DIVISION Miami |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Rodney Smith | |
| SD/FL PACTS NO.: 6162553 | DATE OF SUPERVISED RELEASE | FROM 10/30/2023 — TO 10/29/2026 |

OFFENSE:
Count One: Conspiracy to defraud the United States and evade and defeat the payment of excise taxes, 18 U.S.C. § 371, a Class D felony

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF FLORIDA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised release named above be transferred with the records of this Court to the United States District Court for the Southern District of California upon the Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

December 16, 2024
Date

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

DECEMBER 20, 2024
Effective Date

*United States District Judge*